AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Tirson SANTANA

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1116 - JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 16th, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

being an alien, and having been deported, was found in the United States without the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_William Sarsany_
Signature of Complainant

Sworn to before me and subscribed in my presence,

08-18-2005                                    at                     Boston, MA
Date                                                                  City and State

Judith G. Dein
United States Magistrate Judge                           _Judith Gail Dein_
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.