AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

───────── DISTRICT OF ─────────

UNITED STATES OF AMERICA

V.

SOKHAM SEAN

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1120-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **SOKHAM SEAN, A/K/A BLACKIE**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance

in violation of
Title   21   United States Code, Section(s)   846

Thomas F. Quinn
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

August 22, 2005, Boston Massachusetts
Date and Location

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  **WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Tirson SANTANA

**WARRANT FOR ARREST**

CASE NUMBER: 05m-1116-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tirson SANTANA _____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 AUG 19 A 10: 45]*

charging him ~~or her~~ with (brief description of offense)
illegal re-entry by a deported alien

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

JUDITH G. DEIN
Name of Issuing Officer

*[Signature: Judith Gail Dein]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

08-18-2005   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

WARRANT EXECUTED BY ICE
BY ARREST AT ARRAIGNMENT OF THE
DEFENDANT ON 8-3-2005

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.