IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 05 CR 10251 MLW |
| | CRIMINAL ACTION |
| v. | Count One: |
| TIRSON SANTANA a/k/a<br>Tirson Santana-Guererro a/k/a<br>Tirson Rivera a/k/a<br>German Ocasio Rivera | 8 U.S.C. § 1326(a),(b)(2)<br>(Illegal Re-entry of<br>Deported Alien) |

### INDICTMENT

**COUNT ONE:** 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about August 16, 2005, at Boston, in the District of Massachusetts,

**TIRSON SANTANA a/k/a**
**Tirson Santana-Guererro a/k/a**
**Tirson Rivera a/k/a**
**German Ocasio Rivera**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, after a conviction for an aggravated felony, to wit, Conspiracy to distribute Cocaine in violation of 21 U.S.C. §846 and Possession with Intent to Distribute a Class B substance, to wit, Cocaine, in violation of 21 U.S.C. §841(a)(1), was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date,

to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                September 14, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@11:00 AM
9/14/05

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-1116-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Tirson SANTANA                        Juvenile  ☐ Yes  ☒ No

Alias Name   Tirson SANTANA-GUERERRO; German Ocasio Rivera

Address   _____

Birth date (Year only): 1960   SSN (last 4 #): ____   Sex M   Race: H   Nationality: DR

Defense Counsel if known:   Glen Randall   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Nadine Pellegrini   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:   August 22, 2005

☒ Already in Federal Custody as   8/25/05   in   D.Mass.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/14/05   Signature of AUSA: _____

05 CR 10251 MLW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Tirson SANTANA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Illegal re-entry by a deported alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: