UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10251-MLW

UNITED STATES OF AMERICA

v.

TIRSON SANTANA

## FURTHER ORDER ON EXCLUDABLE TIME

October 28, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 28, 2005 through January 5, 2006

that being the period between the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated September 16, 2005, and this order, at the time of the Final Status Conference on January 5, 2006, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge