UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA               CRIMINAL NO. 05-10251
v.

TIRSON SANTANA

REPORT ON
FINAL STATUS CONFERENCE

On 1/5/06, a Final Status Conference was held in the above-captioned matter.  With regard to the following issues, the parties represent that:

1.  There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery with the exception of a fingerprint expert if the matter proceeds to trial.

3.  The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not, at this time, filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. There is no other matter which requires a schedule be set in the case.

7.  It appears that this matter will resolve by a plea and the parties request that the matter be sent to the district court for a Rule 11 hearing.


By the government:                          By the Defendant:


/s/Nadine Pellegrini                        /s/Glenn Randall

Dated: 1/5/06