UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　　**CRIMINAL CASE**

　　　　　　　　　　　　　　　　　　　　**NO. 05-10251-MLW**
　　　　V.

**TIRSON SANTANA**
　　　　　Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

　　PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on JANUARY 20, 2006 at 9:30 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

**January 13, 2006**　　　　　　　By:　/s/ Dennis O'Leary
　　Date　　　　　　　　　　　　　　　Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　[kntchrgcnf.]