UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>TIRSON SANTANA )<br>)<br>) | CRIMINAL ACTION<br>No. 05-CR-10251-MLW |

**NOTICE OF ADDRESS CHANGE**

Please be advised that as of April 1, 2006, the new address for counsel of record for TIRSON SANTANA will be as follows:

>   Glen P. Randall
>   79 Merrimack Street, Suite 300
>   Lowell, MA 01852
>   Phone: (978)-452-1700
>   Fax:   (978)-452-5300
>   E-Mail: grandall@randalllawoffices.com

                                                    Respectfully submitted,


                                                      /s/ Glen P. Randall
                                                    Glen P. Randall
                                                    BBO#: 563472
                                                    Murphy & Randall, LLP
                                                    50 Burlington Mall Road, Suite 100
                                                    Burlington, MA 01803
                                                    Tel.: (781) 238-0300

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006 a true copy of the above Notice was served through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first-class mail, postage prepaid.

       /s/ Glen P. Randall
       Glen P. Randall