UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                                      **CRIMINAL CASE**

                                                                    **NO.** <u>05-10251-MLW</u>

V.

<u>**TIRSON SANTANA**</u>

**NOTICE OF CANCELLATION**

<u>**WOLF, D.J.**</u>

The <u>**SENTENCING HEARING**</u> scheduled for <u>**APRIL 19, 2006**</u> at <u>3:00 P.M.</u> has been CANCELLED.

SARAH A. THORNTON
CLERK OF COURT

<u>April 12, 2006</u>                                  By:   <u>/s/ Dennis O'Leary</u>
Date                                                  Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                                    [ntchrgcnf.]
                                                                            [kntchrgcnf.]