UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                              **CRIMINAL  CASE**

                                               **NO. 05-10251-MLW**
                V.

**TIRSON SANTANA**
           Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on JUNE 2, 2006 at 2:30 A.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                               SARAH A. THORNTON
                                               CLERK OF COURT

May 11, 2006                              By:   /s/ Dennis O'Leary
   Date                                         Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                       [ntchrgcnf.]
                                               [kntchrgcnf.]